# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Diane B. Gu,<br><br>        Plaintiff,<br><br>        v.<br><br>Nancy Claybaugh, Mark Naidicz, and Pharmacyclics, LLC, Fiduciaries of the Pharmacyclics, Inc. Change in Control and Severance Plan, Pharmacyclics, Inc.<br><br>        Defendants. | Case No. 5:16-cv-02106-NC<br><br>**ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANTS** |

PURSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiff Diane Gu's claims against Defendants Nancy Claybaugh, Mark Naidicz, Pharmacyclics, LLC, and Pharmacyclics, Inc. ("Defendants") are dismissed with prejudice. Each party shall bear her or its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: June 6, 2017

_____
HON. NATHANAEL M. COUSINS
UNITED STATES MAGISTRATE JUDGE

[Stamp: GRANTED — Judge Nathanael M. Cousins — United States District Court, Northern District of California]